**Opinion filed April 23, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00062-CV

_____

## DONNIE SEALE AND VICKI SMITH, Appellants

## V.

## DAL MILLS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV-11-06208**

## M E M O R A N D U M   O P I N I O N

Appellants, Donnie Seale and Vicki Smith, have filed in this court a motion to dismiss appeal. In the motion, Appellants "move[] this Court to dismiss their appeal." *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 23, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.